UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUCE SCOTLAND, on Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br>vs.<br><br>NOVELL, INC., RONALD W. HOVSEPIAN, DANA C. RUSSELL, RICHARD L. CRANDALL, RICHARD L. NOLAN, JOHN W. PODUSKA, SR., FRED CORRADO, ALBERT AIELLO, PATRICK S. JONES, GARY G. GREENFIELD, JUDITH H. HAMILTON, ATTACHMATE CORPORATION, LONGVIEW SOFTWARE ACQUISITION CORP., and CPTN HOLDINGS LLC,<br><br>                Defendants. | No.  1:10-cv-12106-GAO |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1) AND [PROPOSED] ORDER**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Bruce Scotland voluntarily dismisses the above-captioned action without prejudice, subject to Federal Rule of Civil Procedure 23(e).  Dismissal without prejudice is proper by notice pursuant to Federal Rule of Civil Procedure 41(a)(1) because defendants have not filed an answer or a motion for summary judgment.  No class has been certified and neither plaintiff nor plaintiff's counsel has received or will receive any compensation for this dismissal, therefore, plaintiff respectfully submits that no notice is required under Federal Rule of Civil Procedure 23(e).

Dated:  December 30, 2010

    Respectfully Submitted,

    PARTRIDGE, ANKNER & HORSTMANN, LLP
    TERENCE K. ANKNER

    /s/ Terence K. Ankner
    _____
    TERENCE K. ANKNER

    BBO No. 552469
    The Berkeley Building
    200 Berkeley Street, 16th Floor
    Boston, MA 02116
    Telephone: (617) 859-9999
    Facsimile: (617) 859-9998

    ROBBINS UMEDA LLP
    MARC M. UMEDA
    STEPHEN R. ODDO
    REBECCA A. PETERSON
    ARSHAN AMIRI
    600 B Street, Suite 1900
    San Diego, CA  92101
    Telephone: (619) 525-3990
    Facsimile:  (619) 525-3991

    KENDALL LAW GROUP
    JOE KENDALL
    JAMIE J. MCKEY
    3232 McKinney Avenue, Suite 700
    Dallas, TX 75204
    Telephone: (214) 744-3000
    Facsimile: (214) 744-3015

    Attorneys for Plaintiff

\* \* \*

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED that this action is hereby dismissed in its entirety, without prejudice.  The Clerk of the Court is hereby ordered to enter this dismissal without prejudice on the docket.

SO ORDERED:

DATED: _____                             _____
                                                                            THE HONORABLE GEORGE A. O'TOOLE, JR.
                                                                            UNITED STATES DISTRICT JUDGE

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with this Court on December 30, 2010, through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

/s/ Terence K. Ankner
TERENCE K. ANKNER

565279